STATE BOARD OF TAX APPEALS.

MT. OLIVET BAPTIST CHURCH, PETITIONER, v. CITY OF NEWARK, RESPONDENT.

Decided March 4, 1941.

For the petitioner, *David Silver*.

For the respondent, *James F. X. O'Brien* (by *Vincent J. Casale*).

QUINN, President. Petitioner is the owner of vacant lots, upon which it conducts open air religious services. It seeks exemption for the property under *R. S.* 54:4-3.6, for the year 1939, as used for religious purposes. The statute, however, exempts only buildings used for such purposes, together with the tract of land upon which same may be erected, to the extent of five acres. It does not exempt land without buildings. *Anchor Lodge, No. 218, I. O. O. F., v. Borough of Atlantic Highlands, New Jersey Tax Reports,* 1912-1934, p. 33; *First M. E. Church of Red Bank v. Borough of Red Bank, Id., p.* 742. The application for exemption must therefore be denied.